United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 14-00656-RNO
Wallace Keith McFarland  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5  User: MMchugh  Page 1 of 1  Date Rcvd: Jun 17, 2019
                Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
4557099       Federal National Mortgage Association,   c/o Seterus, Inc.,   PO Box 1047,   Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
         Andrew  Goldberg    on behalf of Creditor   Federal National Mortgage Association   Bkmail@rosicki.com
         Andrew M. Lubin    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper   alubin@milsteadlaw.com
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper   bkgroup@kmllawgroup.com
         Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, NA, S/B/M Chase Home Finance LLC    jschalk@barley.com, sromig@barley.com
         Matthew Christian Waldt    on behalf of Creditor   Federal National Mortgage Association   mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         Tullio  DeLuca   on behalf of Debtor 1 Wallace Keith McFarland tullio.deluca@verizon.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                 TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-00656-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Wallace Keith McFarland
225 Pike St.
Port Carbon PA 17965

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/14/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: Federal National Mortgage Association, c/o Seterus, Inc., PO Box 1047, Hartford, CT 06143-1047

Name and Address of Transferee:

Nationstar Mortgage LLC dba Mr. Cooper
ATTN: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC dba Mr. Cooper
ATTN: Bankruptcy Department

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/19/19

Terrence S. Miller
**CLERK OF THE COURT**